IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CRYSTAL MITCHELL, | * | |
| Plaintiff, | * | |
| v. | * | Civ. No. DLB-23-1898 |
| NORTHSTAR LOCATION SERVICES LLC, | * | |
| | * | |
| Defendant. | | |

## ORDER

On November 28, 2023, this Court issued an Order requiring Crystal Mitchell to show cause, within 14 days, why the complaint in this case should not be dismissed for lack of service. ECF 7. Mitchell was advised that failure to respond in the time specified would result in dismissal of the case without prejudice. Mitchell has failed to respond to the Order.

Accordingly, it is this 14th day of December, 2023, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. The Complaint IS DISMISSED without prejudice;

2. The Clerk SHALL PROVIDE a copy of this Order to Mitchell; and

3. The Clerk SHALL CLOSE this case.

Deborah L. Boardman
United States District Judge